# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV10-01850 JAK (OPx) | Date | August 16, 2011 |
| Title | Chris Kohler v. Big 5 Corporation, et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On August 15, 2011, Defendant, Cross-Defendant and Counter-Claimant filed "Report on Mediation" [34]. The Court sets an Order to Show Cause re Dismissal for September 26, 2011 at 10:30 a.m. If the parties file a dismissal by September 22, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Final Pretrial Conference and Court Trial are vacated.

**IT IS SO ORDERED.**

                                                                                                                    :
                                                                                            Initials of Preparer    ak